```
ASHKHEN ANI ARUTYUNYAN
1221 N SEWARD ST APT 102
LOS ANGELES, CA 90038
TEL. 323-434-9112
```

FILED
2012 OCT 12 PM 3:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ASHKHEN ANI ARUTYUNYAN, an individual, <br><br> **PLAINTIFF**, <br><br> vs. <br><br> CAVALRY PORTFOLIO SERVICES, LLC., Delaware Limited Liability Company et al. <br><br> **DEFENDANTS.** | Case No.: **2:12-cv-04122-PSG-(AJWx)** <br><br> **CERTIFICATE OF SERVICE FOR CAVALRY PORTFOLIO SERVICES, LLC** <br> **Judge: Hon. Philip S. Gutierrez** |

**CERTIFICATE OF SERVICE**

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )
COUNTY OF LOS ANGELES)

I am and was at the time of service of papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of LOS ANGELES, CALIFORNIA and my business address is 124 W. STOCKER ST. STE A, GLENDALE, CA 91202.

On **10/8/2012**, I caused to be served the following documents:
**ASHKHEN ANI ARUTYUNYAN'S SUMMONS, COMPLAINT, NOTICE OF ASSIGNMENT, NOTICE OF INTERESTED PARTIES, CIVIL COVER SHEET**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Glendale, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has failed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to Electronic Filing deemed complete upon the transmission of the Notice of Electronic Filing deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☒ **BY PERSONAL SERVICE:** I, ARGISHTI ZAMANYAN, served the summons on **MARGARET WILSON**, who is designated by law to accept service of process on behalf of **CAVALRY PORTFOLIO SERVICES, LLC**, a Delaware Limited Liability Company at 818 W SEVENTH ST, LOS ANGELES, CA 90017 on 10/8/2012 at 12:20PM.

☒ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

  ☐ With a receptionist, or with a person having charge thereof; or

  ☐ In a conspicuous place in the office between the hours of __ in the morning and five in afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/08/2012

/s/ARGISHTI ZAMANYAN
ARGISHTI ZAMANYAN

CERTIFICATE OF SERVICE