E-FILED: 03-13-2013

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| ASHKHEN ANI ARUTYUNYAN, an individual, | Case No.: 2:12-cv-04122-PSG-AJW |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| CAVALRY PORTFOLIO SERVICES, LLC, *et al.*, | |
| Defendants. | |

11
12
13
14
15
16
17
18

19    On October 29, 2012, the Court issued a Minute Order dismissing the case

20    for failure by the plaintiff, Ashkhen Ani Arutyunyan ("Plaintiff"), and Plaintiff's

21    counsel of record, Arshak Bartoumian, to prosecute the case. (Doc. No. 26.) In its

22    Minute Order, the Court stated that defense counsel may file a motion for fees and

23    costs. (*Id.*)

24    On December 4, 2012, Resurgent Capital Services, L.P. filed a motion for an

25    award of its attorneys' fees and costs incurred in defending this action. (Doc. No.

26    27.) On that same day, December 4, 2012, Northland Group, Inc. filed a motion

27    for an award of its attorneys' fees and costs incurred in defending this action.

28

[~~PROPOSED~~] JUDGMENT
Case No.: 2:12-cv-04122-PSG-AJW

1  (Doc. No. 28.)

2       On February 11, 2013, the Court issued a Minute Order granting in part and

3  denying in part the motion for fees and costs filed by Resurgent Capital Services,

4  L.P. (Doc. No. 36.)  In that Minute Order, the Court awarded Resurgent Capital

5  Services, L.P. its costs in the amount of $286.03.  (*Id.*)  The Court also awarded

6  Resurgent Capital Services, L.P. its attorneys' fees in the amount of $9,186.50 as a

7  sanction directly against Plaintiff's attorney, Arshak Bartoumian.  (*Id.*)

8       On February 11, 2013, the Court issued a Minute Order granting in part and

9  denying in part the motion for fees and costs filed by Northland Group, Inc.  (Doc.

10  No. 37.)  In that Minute Order, the Court awarded Northland Group, Inc. its costs

11  in the amount of $76.48.  (*Id.*)  The Court also awarded Northland Group, Inc. its

12  attorneys' fees in the amount of $4,092.00 as a sanction directly against Plaintiff's

13  attorney, Arshak Bartoumian.  (*Id.*)

14       **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take

15  nothing by Plaintiff's complaint and defendants Resurgent Capital Services, L.P.

16  and Northland Group, Inc. are hereby **DISMISSED** from this action, **WITH**

17  **PREJUDICE.**

18       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

19  Plaintiff Ashkhen Ani Arutyunyan shall pay to defendant Resurgent Capital

20  Services, L.P. the amount of **$286.03**, and defendant Northland Group, Inc. the

21  amount of **$76.48**.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

- 2 -

**[PROPOSED] JUDGMENT**
Case No.: 2:12-cv-04122-PSG-AJW

1     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

2   Plaintiff's counsel, Arshak Bartoumian, shall pay to defendant Resurgent Capital

3   Services, L.P. the amount of **$9,186.50**, and defendant Northland Group, Inc. the

4   amount of **$4,092.00**.

5

6

7   DATED: __March 13, 2013__     _____

8                                 HON. PHILIP S. GUTIERREZ
                                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

[PROPOSED] JUDGMENT
Case No.: 2:12-cv-04122-PSG-AJW